■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO ARIOSA, Appellant. [742 NYS2d 594] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County, Connell, J.—Menacing, 2nd

Degree.) Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.